**Order entered December 21, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01523-CV

### IN RE DEDERIAN DEMOND HERRON, Relator

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-05553**

## ORDER
Before Justices Francis, Evans, and Schenck

Based on the Court's opinion of this date, we **DENY** relator's December 19, 2018

"Motion for Procedurtal [sic] Order Motion for Stay–Writ of Mandamus."

/s/     DAVID EVANS
         JUSTICE